ACCEPTED
05-14-01464-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/11/2015 3:39:23 PM
LISA MATZ
CLERK



FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

11/11/2015 3:39:23 PM

LISA MATZ
Clerk 214-712-9511

**MICHELLE E. ROBBERSON**
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

Michelle.Robberson@cooperscully.com

November 11, 2015

**VIA E-FILE**
Ms. Lisa Matz
Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Building
600 Commerce, Suite 200
Dallas, TX  75202-4604

> Re: Case No. 05-14-01464-CV; *Sheri Durham and Denise Jenkins, as Administrator of the Estate of Jessica Haley Durham, Appellants v. Children's Medical Center of Dallas, Amy Holland, CPNP, David W. Kines, FNP; Lawson Copley, M.D.; J. Patrick Heiber, M.D.; and Timothy J. Rupp, M.D.*; In the Court of Appeals for the Fifth District of Texas at Dallas; On Appeal from County Court at Law No. 4 of Dallas County, Texas, Cause No. CC-11-01231-D (Hon. Ken Tapscott)
> File No.:  209.17964

Dear Ms. Matz:

This letter confirms receipt of correspondence from the Dallas Court of Appeals setting this appeal for oral argument on December 15, 2015 at 11:00 a.m.  I will present oral argument on behalf of Appellee Children's Medical Center of Dallas, although it is likely that the Defendants-Appellees will share time between 1-2 advocates.  We will jointly send a separate letter advising the Court of our intentions in this regard.

Very truly yours,

/s/ Michelle E. Robberson

Michelle E. Robberson

MER/mwp

Founders Square   900 Jackson Street, Suite 100 Dallas, TX  75202
Telephone (214) 712-9500    Fax (214) 712-9540
www.cooperscully.com

Houston Office (713) 236-6800          San Francisco Office (415) 956-9700          Sherman Office (903) 813-3900
D/936526v1

cc:    Kenneth B. Chaiken
       Robert L. Chaiken
       CHAIKEN & CHAIKEN, P.C.
       Legacy Town Center III
       5801 Tennyson Parkway, Suite 440
       Plano, TX  75024
       *__Via E-mail__*

       Ronald W. Johnson
       Amie P. Fordan
       TOUCHSTONE, BERNAYS, JOHNSTON,
       BEALL, SMITH & STOLLENWERCK, L.L.P.
       4040 Renaissance Tower
       1201 Elm Street
       Dallas, TX  75270
       *__Via E-mail__*

       Stan Thiebaud
       THIEBAUD REMINGTON THORNTON BAILEY LLP
       Two Energy Square
       4849 Greenville Avenue, Suite 1150
       Dallas, TX  75206
       *__Via E-mail__*

       David M. Walsh, IV
       Kristin Swarzenruber
       CHAMBLEE RYAN KERSHAW & ANDERSON
       2777 Stemmons Freeway, Suite 1157
       Dallas, TX  75207
       *__Via E-mail__*

       Michael B. Yanof
       Cassie J. Dallas
       THOMPSON, COE, COUSINS & IRONS
       700 N. Pearl Street, 25th Floor
       Dallas, TX  75201
       *__Via E-mail__*

C. Timothy Reynolds
Aaron D. Nadeau
STEED DUNNILL REYNOLDS MURPHY LAMBERTH, LLP
One Horizon Ridge
1010 W. Ralph Hall Parkway, Second Floor
Rockwall, TX  75032
*__Via E-mail__*